# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRADLEY ACALEY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 19 cv 7164 |
| ) | |
| v. ) | Honorable Matthew F. Kennelly |
| ) | |
| VIMEO, INC., ) ) | Honorable Sidney I. Schenkier Magistrate Judge |
| Defendant. ) | |

## NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that on November 7, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Room 2103 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's **Unopposed Motion to Extend Time or Answer or Otherwise Respond to Plaintiff's Complaint**, a copy of which is served upon you.

Dated: November 1, 2019  Respectfully submitted,

VIMEO, INC.

By: /s/ Bonnie Keane DelGobbo

Bonnie Keane DelGobbo (bdelgobbo@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Paul Karlsgodt (pkarlsgodt@bakerlaw.com)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 764-4013

       Joel Griswold (jcgriswold@bakerlaw.com)
       Erin M. Sales (*pro hac vice* forthcoming)
       **BAKER & HOSTETLER LLP**
       SunTrust Center
       200 South Orange Avenue, Suite 2300
       Orlando, Florida 32801-3432
       Telephone: (407) 649-4088

       *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 1, 2019, she caused a true copy of the foregoing document to be served on counsel of record via First Class U.S. Mail and email to:

Myles McGuire
Jad Sheikali
Timothy P. Kingsbury
**McGUIRE LAW, P.C.**
55 West Wacker Drive, 9th Floor
Chicago, Illinois 60601
mmcguire@mcgpc.com
jsheikali@mcgpc.com
tkingsbury@mcgpc.com

Tina Wolfson
Bradley King
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
twolfson@ahdootwolfson.com
bking@ahdootwolfson.com

Frank S. Hedin
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
fhedin@hedinhall.com

*Counsel for Plaintiff and
the Putative Class*

/s/ Bonnie Keane DelGobbo
Bonnie Keane DelGobbo