IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADLEY ACALEY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 19 cv 7164 |
| v. ) ) | Honorable Matthew F. Kennelly |
| VIMEO, INC., ) ) | Honorable Sidney I. Schenkier Magistrate Judge |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Counsel of Record

PLEASE TAKE NOTICE that on December 12, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Room 2103 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's **Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint**, a copy of which is served upon you.

Dated:  December 3, 2019          Respectfully submitted,

                                  VIMEO, INC.

                                  By: /s/ Bonnie Keane DelGobbo

                                  Bonnie Keane DelGobbo (bdelgobbo@bakerlaw.com)
                                  **BAKER & HOSTETLER LLP**
                                  One North Wacker Drive, Suite 4500
                                  Chicago, Illinois 60606-2841
                                  Telephone: (312) 416-6200

                                  Joel Griswold (jcgriswold@bakerlaw.com)
                                  **BAKER & HOSTETLER LLP**
                                  SunTrust Center
                                  200 South Orange Avenue, Suite 2300
                                  Orlando, Florida 32801-3432

Telephone: (407) 649-4088

Paul Karlsgodt (pkarlsgodt@bakerlaw.com)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 764-4013

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 3, 2019, she caused a true copy of the foregoing document to be filed and served via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

/s/ Bonnie Keane DelGobbo
Bonnie Keane DelGobbo