# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY ACALEY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19 cv 7164 |
| v. | ) ) | Honorable Matthew F. Kennelly |
| VIMEO, INC., | ) ) ) | Honorable Sidney I. Schenkier Magistrate Judge |
| Defendant. | ) | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3 and 9 U.S.C. §§ 16(a)(1)(A) & (B), notice is hereby given that defendant Vimeo, Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's June 1, 2020 Memorandum Opinion and Order (Dkt. 41) denying Defendant's Motion to Stay and Compel Individual Arbitration on the ground that Plaintiff's claims under the Biometric Information Privacy Act do not fall within the scope of the parties' agreement to arbitrate.

Dated: June 18, 2020

Respectfully submitted,

VIMEO, INC.

By: /s/ *Bonnie Keane DelGobbo*

Bonnie Keane DelGobbo (bdelgobbo@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432

Telephone: (407) 649-4088

Paul Karlsgodt (pkarlsgodt@bakerlaw.com)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 764-4013

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on June 18, 2020, she caused a true copy of the foregoing document to be filed and served via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

                     /s/ *Bonnie Keane DelGobbo*

4846-0289-9648.2