## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Bradley Acaley
       Plaintiff,

v.             Case No.: 1:19−cv−07164
            Honorable Matthew F. Kennelly

Vimeo, Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2020:

  MINUTE entry before the Honorable Matthew F. Kennelly: The Court denied defendant's motion to stay and compel arbitration. Defendant has filed a notice of appeal. This is an appeal as a matter of right under 9 USC 16(a)(1). Proceedings before this Court are stayed pending appeal. The case is administratively terminated because it is expected that the appeal will be pending for some time. The parties are directed to file a joint status report regarding the appeal on 11/30/2020. The status hearing set for 6/29/2020 is vacated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.