# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRADLEY ACALEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VIMEO, INC., a Delaware corporation, <br><br> Defendant. | No. 1:19-cv-07164 <br><br> Hon. Matthew F. Kennelly |

## FURTHER JOINT STATUS REPORT

On January 26, 2022, the Seventh Circuit Court of Appeals stayed the appeal to facilitate settlement of the case. Counsel are pleased to report that the parties have reached a settlement. The parties have finalized settlement documents and are in the process of gathering signatures while the appeal remains stayed.

Dated: April 29, 2022                                Respectfully submitted,

By:  /s/ *Bradley K. King*                           By:  /s/ *Joel Griswold*
Tina Wolfson                                         Bonnie Keane DelGobbo
twolfson@ahdootwolfson.com                           bdelgobbo@bakerlaw.com
Henry J. Kelston                                     BAKER & HOSTETLER LLP
hkelston@ahdootwolfson.com                           One North Wacker Drive, Suite 4500
Bradley K. King                                      Chicago, Illinois 60606-2841
bking@ahdootwolfson.com                              Telephone: (312) 416-6200
AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500                    Joel Griswold
Burbank, California 91505                            jcgriswold@bakerlaw.com
Telephone: (310) 474-9111                            BAKER & HOSTETLER LLP
Facsimile: (310) 474-8585                            SunTrust Center
                                                     200 South Orange Avenue, Suite 2300

Myles McGuire
mmcguire@mcgpc.com
Timothy P. Kingsbury
tkingsbury@mcgpc.com
McGuire Law, PC
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
(312) 893-7002

*Counsel for Plaintiff Bradley Acaley and the Putative Class*

Orlando, Florida 32801-3432
Telephone: (407) 649-4000

Paul Karlsgodt
pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 764-4013

*Counsel for Defendant Vimeo, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, the foregoing Joint Status Report was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Joel Griswold*