# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 2, 2022

*By the Court*:

| No. 20-2047 | BRADLEY ACALEY,<br>　　　　　Plaintiff - Appellee<br><br>v.<br><br>VIMEO, INC.,<br>　　　　　Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-07164<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

Upon consideration of the **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on May 31, 2022, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit