

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 6/7/2022

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Acaley v. Vimeo, Inc.
USDC Case Number:  19cv7164
Circuit Court Case Number:  2019CH10873

Dear Clerk:

A certified copy of an order entered on 6/6/2022 by the Honorable Matthew F. Kennelly, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                                  Sincerely yours,
                                                  Thomas G. Bruton, Clerk

                                                  By: /s/ Jannette Nunez
                                                       Deputy Clerk

Enclosure(s)

Rev. 10/05/2016

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Bradley Acaley
                              Plaintiff,

v.                                             Case No.: 1:19−cv−07164
                                                      Honorable Matthew F. Kennelly

Vimeo, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 6, 2022:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Clerk is directed to remand this case forth with to the Circuit Court of Cook County (Chancery Division) pursuant to the parties' stipulation. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
June 7, 2022